## Wytheville.

June 12, 1924.

R. M. FOSTER AND H. KUNATH v. W. H. PETTUS, JR.,
AND CAMERON DUNLOP.

Error to a judgment of the Circuit Court of Lunen-
burg county, in an action of assumpsit. Judgment for
plaintiff. Defendant assigns error.

*Affirmed.*

*George E. Allen* and *Henry E. Lee*, for the plaintiffs in
error.

*Hutcheson & Early*, for the defendants in error.

WEST, J., delivered the opinion of the court.

The writ of error in this case is to a judgment ren-
dered by the Circuit Court of Lunenburg county in
favor of the defendants in error against the plaintiffs in
error for the sum of $750.00.

This case and the case of *R. M. Foster* and *H. Ku-
nath* v. *W. A. Wilson*, *ante*, p. 82, 123 S. E. 527, decided
today, are identical in every particular except as to the
names of the defendants in error and the amount of the
judgments.

For the reasons stated in the opinion handed down
today in the case against W. A. Wilson, *supra*, the judg-
ment in the instant case will be affirmed.

*Affirmed.*